IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAMIAN CABAN, | : | No. 3:18cv1013 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| CHARLES BALOGH, Individually and in his official capacity as a Luzerne County Detective, and THE OFFICE OF DISTRICT ATTORNEY OF LUZERNE COUNTY, | : | |
| **Defendants** | : | |

............................................................................................

## ORDER

**AND NOW**, to wit, this 5th day of February 2024, the defendants' motion for summary judgment (Doc. 22) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment favor of the defendants and against the plaintiff. The Clerk of Court is further directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court